**Order entered February 28, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01560-CV

## IN THE INTEREST OF L.T. AND E.T., CHILDREN

**On Appeal from the 401st Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 401-52955-2011**

## ORDER

We **DENY** appellant's February 22, 2013 motion for an extension of time to file the reporter's record.

As stated in this Court's order dated February 20, 2013, Kim Tinsley, Official Court Reporter of the 401st Judicial District Court of Collin County, Texas, shall file, **by March 22, 2013**, either the reporter's record or written verification that appellant has not paid for the record. *Again, we caution appellant that if we receive verification of non-payment, we will order the appeal submitted without a reporter's record.* See TEX. R. APP. P. 37.3(c).

We **DIRECT** the Clerk of this Court to send copies of this order, by electronic transmission, to Kim Tinsley and all counsel of record.

/s/     CAROLYN WRIGHT
CHIEF JUSTICE